U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 22 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL NO. 00-1756 |
| VERSUS | * | JUDGE WALTER |
| CLIFFORD H. SIMPSON, III<br>  Defendant | * | MAGISTRATE JUDGE HORNSBY |
| AND | | |
| WINCUP<br>AND ITS SUCCESSORS OR ASSIGNS<br>  Garnishee | | |

### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Wincup, and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 20, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly, hourly basis.

On August 1, 2007, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Clifford H. Simpson, III, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings; or

2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage, and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Department of Justice, and mailed to the Office of the United States Attorney, 300 Fannin Street, Suite 3201, Shreveport, LA 71101-3068, Attention: Financial Litigation Unit, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: August 27, 2007   By: _C. Michael Hill_
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Clifford H. Simpson, III, 4749 3L Westwood Park Drive, Shreveport, LA 71109 and upon Wincup, Attn: Phyllis Sesma, Human Resources Coordinator, 7980 W. Buckeye Road, Phoenix, AZ 85043-4016, by placing same in the United States Mail, postage prepaid, first class, on this the 22nd day of August, 2007.

                                                   Sheila W. Still
                                                   Financial Litigation Unit